# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTY A. FRANKLIN,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80105

**FILED**

JAN 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, the notice of appeal was untimely filed. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994). In addition, appellant has previously appealed the judgment of conviction in Docket No. 79530. A second duplicate appeal may not be pursued. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Elliott A. Sattler, District Judge
       Marty A. Franklin
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

20-00644